# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-00767-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| ERIC LANGPOP, | |
| Defendant. | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The Government needs additional time to produce relevant discovery to Defense Counsel.

2.      Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how he would like to proceed.

3.      If this matter is not resolved pre-indictment, government counsel needs additional time to bring this matter before the grand jury for indictment.

4.      Defendant ERIC LANGPOP is in custody and does not object to the continuance.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested herein is not sought for purposes of delay, but to allow for the government to present the matter to the grand jury.

7.      The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

8.      This is the <u>first</u> request for a continuation of the preliminary hearing.

1    For all of the above-stated reasons, the ends of justice would best be served by a

2  continuance of the preliminary hearing date.

3                                        **CONCLUSIONS OF LAW**

4    The ends of justice served by granting said continuance outweigh the best interest of the

5  public and the defendant, since the failure to grant said continuance would be likely to result in

6  a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to

7  indictment, and further would deny the parties sufficient time and the opportunity within which

8  to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account

9  the exercise of due diligence.

10    The continuance sought herein is allowed, with the defendant's consent, pursuant to

11  Federal Rules of Procedure 5.1(d).

12                                            **<u>ORDER</u>**

13    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for

14  October 20, 2022, at 4:00 p.m., be vacated and continued to November 21, 2022, at the hour of

15  4:00 p.m. in Courtroom 3B.

16

17    DATED this 17th day of October, 2022.

18

19                              _____
                                THE HONORABLE ELAYNA J. YOUCHAH
20                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

4