**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LANGPOP,<br><br>　　　　Defendant. | Case No. 2:22-mj-00767-EJY<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 17, 2023, at the hour of 4:00 p.m., is vacated and continued to October 24, 2023 at the hour of 4:00 p.m. in Courtroom 3D.

　　DATED this 11th day of August, 2023.

　　　　　　　　　　　　　　　　　　　*/s/ Elayna J. Youchah*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3